| | | |
|---|---|---|
| CAAP–15–0000490 | State v. Roberts | Affirmed |

## May 27, 2016

| | | |
|---|---|---|
| CAAP–13–0001580 | State v. Liu | Vacated and Remanded |
| CAAP–14–0001368 | State v. Tabiolo | Vacated and Remanded |

## May 31, 2016

| | | |
|---|---|---|
| CAAP–13–0006008 | State v. Ahina | Affirmed |
| CAAP–15–0000013 | State v. Green | Affirmed |
| CAAP–14–0000860 | State v. Payne | Affirmed |

## June 02, 2016

| | | |
|---|---|---|
| CAAP–14–0000439 | Citi Property Holdings, Inc. v. Taniguchi | Vacated and Remanded |
| CAAP–15–0000881 | K Children, In re | Affirmed |
| CAAP–15–0000467 | State v. Earl | Affirmed |
| CAAP–15–0000681 | State v. Liulama | Affirmed |
| CAAP–14–0001278 | State v. Woods | Vacated and Remanded |

## June 03, 2016

| | | |
|---|---|---|
| CAAP–14–0000581 | MacDonald v. Cardinal Maintenance Service, Inc. | Affirmed |